

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-22-00095-CR

ROCHE SURETY COMPANY/FORREST, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 361st District Court
Brazos County, Texas
Trial Court No. 19-04703-CRF-361

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

The Appellant has filed a motion to dismiss this appeal.[1]  As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.


Charles van Cleef
Justice

Date Submitted:    November 16, 2022
Date Decided:     November 17, 2022

Do Not Publish

---

[1]Originally appealed to the Tenth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.